ESTHER GELLMAN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Martin, P. J., dissents in opinion, in which Dore, J., concurs.

MARTIN, P. J. (dissenting). A judgment in favor of this plaintiff against this defendant was reversed by this court (244 App. Div. 173) on practically the same evidence now before it. The facts are so well stated in the opinion of Mr. Justice Merrell that it is unnecessary to here restate them at length.

The verdict of the jury is contrary to the weight of the credible evidence and I vote to reverse the judgment and grant a new trial.

Dore, J., concurs with Martin, P. J.